## 5MP CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
■ __5th__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Catherine E. Grieser   JOINT DEBTOR:_____ CASE NO.: 15-16810-PGH
Last Four Digits of SS# 1994   Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $1,190.48 for months 1 to 20;
B. $6288.70 for months 21;
C. $4,954.62 for months 22 to 60; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $5,650.00 ($3500 atty fee; $150 costs;$750 strip;$750 strip; $500 modify) TOTAL PAID $2,690.00
Balance Due: $2,960.00 payable $87.36/month (Months 1 to 20); and $1212.80/month (Months 21).

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree Servicing   Arrearage on Petition Date $ PAID OUTSIDE PLAN
Address: 332 Minnesota St., Ste. 610   Arrears Payment   $_____/month (Months ____ to ____)
St. Paul, MN 55101   Regular Payment   $_____/month (Months ____ to ____)
Acct. Ending: 7287   **Property is 700 Lake Street, C-3, Boynton Beach, FL**

2. Ocwen Loan Servicing   Arrearage on Petition Date   $ PAID OUTSIDE PLAN
Address: 12650 Ingenuity Dr.   Arrears Payment   $_____/month (Months ____ to ____)
Orlando, FL 32826   Regular Payment   $_____/month (Months ____ to ____)
Acct. Ending: 0500   **Property is 700 Lake Street, B-1, Boynton Beach, FL**

3. Ocwen Loan Servicing   Arrearage on Petition Date   $ PAID OUTSIDE PLAN
Address: 12650 Ingenuity Dr.   Arrears Payment   $_____/month (Months ____ to ____)
Orlando, FL 32826   Regular Payment   $_____/month (Months ____ to ____)
Acct. Ending: 4560   **Property is 700 Lake Street, C-3, Boynton Beach, FL**

4. Via Lago Condominium Association, Inc. Arrearage on Petition Date$ SEE TREATMENT BELOW
Address: c/o Davenport Prof Prop Mgmt   Regular Payment   $ 522.50 /month (Months 1 to 20)
6620 Lake Worth Rd., Ste. F   Regular Payment   $ 563.75 /month (Months 21 to 60)*
Lake Worth, FL 33467   *May be modified by future assessment changes
Acct. Ending: B-1   **Property is 700 Lake Street, B-1, Boynton Beach, FL**

5. Via Lago Condominium Association, Inc. Arrearage on Petition Date$ SEE TREATMENT BELOW
Address: c/o Davenport Prof Prop Mgmt   Regular Payment   $ 522.50 /month (Months 1 to 20)
6620 Lake Worth Rd., Ste. F   Regular Payment   $ 563.75 /month (Months 21 to 60)*
Lake Worth, FL 33467   *May be modified by future assessment changes
Acct. Ending: C-3   **Property is 700 Lake Street, C-3, Boynton Beach, FL**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Via Lago Condominium Association, Inc. c/o Davenport Prof Prop Mgmt 6620 Lake Worth Rd. Suite F Lake Worth, FL 33461 Acct: B-1 | $275,000.00 Property located at 700 Lake Street, B - 1, Boynton Beach, FL Legal description: a portion of Tract H, of the Declaration of Condomonium of Via Lago, as recorded in Official Records Book 3417, Page 1015 and Official Record Book 3578, Page 92 an das show on the Plat of Via Lago, Plat No. 1, as recorded in Plat Book 39, Page 135 and 136, all in the Public Records of Palm Beach County, Florida. This creditor shall be paid $60,000.00 plus interest on its secured claim. | 5.25 % | $1638.35 | 21 To 60 | $65,534.00 **NOTE: Debtor will make regular payments of $550.00 per month to Via Lago Condominium Association, Inc. for payments coming due after the date the petition was filed. By agreement, the secured claim of Via Lago shall be $60,000.00 on this unit which shall be paid at 5.25% interest commencing in Month 21 of the plan. The balance of Via Lago's claim on this unit shall be a general unsecured claim. |

LF-31 (rev. 01/08/10)

| | | | | | |
|---|---|---|---|---|---|
| Via Lago Condominium Association, Inc. c/o Davenport Prof Prop Mgmt 6620 Lake Worth Rd. Suite F Lake Worth, FL 33461 Acct: C-3 | $340,000.00 Property located at 700 Lake Street, C-3, Boynton Beach, FL Legal description: Unit C-3 Via Lago, according to the Plat thereof recorded in Plat Book 39, at Page 135, Public Records of Palm Beach County, Florida. This creditor shall be paid $60,000.00 plus interest on its secured claim. | 5.25% | $127,638.53 | To 60 | $65,534.00 **NOTE: Debtor will make regular payments of $550.00 per month to Via Lago Condominium Association, Inc. for payments coming due after the date the petition was filed. By agreement, the secured claim of Via Lago shall be $60,000.00 on this unit which shall be paid at 5.25% interest commencing in Month 21 of the plan. The balance of Via Lago's claim on this unit shall be a general unsecured claim. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due    $_____
                             Payable     $_____/month  (Months____ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 19.83 /month (Months 1 to 20) ; and $100.00/month (Months 21 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:** Balance on Hand paid out in month 21.

In the event Debtor recovers any proceeds from a potential lawsuit, any funds received by Debtor shall be paid to the Chapter 13 Trustee to be distributed as additional payment to unsecured creditors, over and above what is currently being paid through the plan, and which may pay up to 100% of allowed, unsecured claims in this cause.

For purposes of the Plan, the Debtor and Via Lago Condominium Association, Inc. agree as follows:

Via Lago Condominium Association, Inc. shall have a secured arrears claim against 700 Lake Street, Unit B - 1, Boynton Beach, FL for the sum of $60,000.00; and a secured arrears claim against 700 Lake Street, Unit C-3, Boynton Beach, FL for the sum of $60,000.00 (Both units collectively referred to hereafter as the "Property"). The referenced arrearage shall be paid at an interest rate of 5.25% over the remaining term of the plan commencing in Month 21 of the plan. Upon completion of the plan payments and issuance of discharge, Via Lago Condominium Association, Inc. shall satisfy and release any of its pre-petition lien(s), judgments, or claims existing against the "Property". Payment of the agreed arrearage by the Debtor shall constitute full and final payment of any and all claims for arrearages, assessments, attorneys fees, liens, judgments, costs or other claims which Via Lago Condominium Association, Inc. has against the Debtor which existed pre-petition and through and including the date this modified plan is confirmed.

At its own expense, Via Lago Condominium Association, Inc. shall, within 30 days of confirmation of this modified plan, arrange for professional inspection of the roof(s) and other common areas of the "Property" to determine what, if any, repairs are necessary to stop and abate water intrusion into the "Property". The roofing

LF-31 (rev. 01/08/10)

contractor to be utilized for this purpose shall be agreed upon by counsel for the Debtor and for Via Lago Condominium Association, Inc., respectively. After the determination of any necessary repairs required, Via Lago Condominium Association, Inc. , at its own expense, shall arrange to have the necessary repairs completed forthwith, time being of the essence. Via Lago Condominium, Inc. shall have no responsibility for repairs and/or remediation necessary to the interior portions of the "Property" due to damage which currently exists. Debtor waives and releases any and all claims she may have against Via Lago Condominium Association, Inc., its officers, board members, employees or agents for any damages done to the interior of 700 Lake Street, C-3, Boynton Beach, Florida and/or 700 Lake Street, B-1, Boynton Beach, Florida prior to the confirmation of this plan. This waiver and release applies solely to damage done to the interior of the "Property" prior to the confirmation of this plan. No other rights, remedies, or causes of action by the Debtor against Via Lago Condominium Association, Inc., its officers, board members, employees or agents are covered by the wai ver and release referred to above, and same are specifically retained by the Debtor. Simultaneous with, or immediately prior to the roof and common areas inspection described above, the parties shall have an inspection of the interior of the "Property" performed by a professional agreed to by the parties to determine all currently existing damage to the "Property", if any.

Tom Waldron, Sr. shall make a payment in the amount of $1,500.00 to Via Lago Condominium Association, Inc. on or before confirmation of this modified plan. These funds shall be applied to the account of the Debtor, and may result in the Debtor having a credit balance with the Via Lago Condominium Association, Inc. at the conclusion of this plan.

The Debtor and Via Lago Condominium Association, Inc. have discussed issues relating to the seawall abutting the "Property", and no agreement has been reached to resolve any issues or repairs required, and both parties retain all rights, defenses and claims regarding the seawall issues, and/or damages or responsibilities related to same.

Debtor and Via Lago Condominium Association, Inc. understand and agree that future assessments on the units may change. In the event a change occurs, Via Lago Condominium Association, Inc. shall file a Notice of Payment Change in this case and the Debtor shall either modify the plan to account for the increase, pay the difference directly to Via Lago Condominium Association, Inc., or object to the increase, as is appropriate.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

__/s/ Catherine Grieser_____         _____
Debtor                                  Joint Debtor
Date:__1/27/17_____         Date:_____