UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                      Case No.:  15-16810-BKC-PGH
                                                            Chapter 13
CATHERINE E. GRIESER
XXX-XX-1994

      Debtor(s),
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Debtor, by and through her undersigned counsel, and move this Honorable Court to allow modification of the confirmed Chapter 13 Plan in this cause, and as grounds therefore would show:

1. That a modification is necessary as the Debtor has received a post petition notification of a Special Assessment from Via Lago Condominium Association, Inc . A proposed modified plan is attached hereto.

2. The Debtor requests that this Court allow modification of the plan so that the Debtor may go forward and complete plan payments.

3. Undersigned counsel has contacted Robin Weiner, the Trustee in this cause, who advised that she would not oppose modification, so long as it meets the approval of her office and notice is provided to all creditors.

4. No parties will be prejudiced by the modification proposed.

WHEREFORE, Debtor respectfully requests that this Honorable Court allow modification of the confirmed plan in this cause.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 20th day of November, 2017 to: Robin R. Weiner, Trustee, P. O. Box 559007, Ft. Lauderdale, FL 33355-9007; and to all parties on the attached Service List.

JAMES E. COPELAND, P.A.
631 U.S. Highway One, Suite 403
North Palm Beach, Florida 33408
Tel: (561) 881-8989
Fax: (561) 881-8985

By:_____
JAMES E. COPELAND
Fla. Bar No.: 328103

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 15-16810-PGH<br>Southern District of Florida<br>West Palm Beach<br>Mon Nov 20 08:38:22 EST 2017 | Ditech Financial LLC<br>c/o Evan S. Singer, Esq<br>6267 Old Water Oak Rd #203<br>Tallahassee, FL 32312-3858 | Ocwen Loan Servicing, LLC<br>Robertson Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton,, FL 33487-2853 |
| Ocwen Loan Servicing, LLC<br>c/o Seth Greenhill, ESQ.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | Via Lago Condominium Association<br>c/o Kelley Kronenberg Attorneys at Law<br>1511 N Westshore Blvd #400<br>Tampa, FL 33607-4596 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| American Home Mtg Srv/Homeward Residenta<br>Ahmsi / Attention: Bankruptcy<br>Po Box 631730-1730<br>Irving, TX 75063 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 |
| Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cap1/saks<br>3455 Highway 80 W<br>Jackson, MS 39209-7202 | Capital Mgmt Srvc LP<br>726 Exchange Street, Ste. 700<br>Buffalo, NY 14210-1464 |
| Chase Auto<br>Attn:National Bankruptcy Dept<br>Po Box 29505<br>Phoenix, AZ 85038-9505 | Chase Bp Prvt Lbl<br>Po Box 15298<br>Wilmington, DE 19850-5298 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citibank Sd, Na<br>Citi Corp Credit Services/Attn:Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Fin Svcs Llc<br>Pob 15316<br>Wilmington, DE 19850-5316 | Dsnb Bloomingdales<br>Macy's Bankruptcy Dept.<br>Po Box 8053<br>Mason, OH 45040-8053 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Gmac Mortgage<br>Po Box 4622<br>Waterloo, IA 50704-4622 | Green Tree Servicing L<br>7360 S Kyrene Rd., Ste 101<br>Tempe, AZ 85283-4583 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | HSBC/Menards<br>Attn: Bankruptcy<br>Pob 5263<br>Carol Stream, IL 60197-5263 | Hartley & Morton<br>800 Village Square Crossing<br>Suite 222<br>Palm Beach Gardens, FL 33410-4540 |
| Hfc - Usa<br>Po Box 9068<br>Brandon, FL 33509-9068 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 | Hon Eric H HOlder, Jr<br>Atty General of the United States<br>Department of Justice<br>950 Pennsylvania Ave., NW, #4400<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| Hon Wifredo A Ferrer<br>US Attorney<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132-2131 | Hsbc Bank<br>95 Washington Street<br>Buffalo, NY 14203-3006 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| John R. Cook, P.A.<br>1150 S. US One<br>Suite 303<br>Jupiter, FL 33458 | Ltd Finc Svc<br>7322 Southwest Fwy Ste 1<br>Houston, TX 77074-2010 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Milleniium<br>3000 United Founders Blv<br>Oklahoma City, OK 73112-3958 | Newport News<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Northland Group<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Ocwen Loan Servicing L<br>1661 Worthington Rd #100<br>West Palm Beach, FL 33409-6493 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Quartell Law Firm, P.A.<br>Golden Bear Plaza-East Building<br>11770 U.S. Highway One, Suite 406E<br>North Palm Beach, FL 33408-3054 | Resurgent Capital Services<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Special Asst US Atty<br>c/o IRA Area Counsel<br>1000 S. Pine Island Rd.<br>Suite 300<br>Plantation, FL 33324-3910 | Talbots<br>1 Talbots Dr<br>Hingham, MA 02043-1583 |
| Target N.b.<br>C/o Target Credit Services<br>Minneapolis, MN 55440 | Via Lago Condominium Inc.<br>c/o Davenport Prof Property Mgmt<br>6620 Lake Worth Rd.<br>Suite F<br>Lake Worth, FL 33467-1561 | Wash Mutual/providian/Chase<br>Attn: Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 | Wf Fin Bank<br>Attention: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | William W. Price, Esq.<br>320 Fern Street<br>West Palm Beach, FL 33401-5802 |
| Catherine Ellena Grieser<br>700 Lake Street<br>Apt. 3<br>Boynton Beach, FL 33435-2804 | James E Copeland Esq<br>631 US Hwy 1 #403<br>N. Palm Beach, FL 33408-4618 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | Green Tree Servicing, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 |

Homeq Servicing
Po Box 13716
Sacramento, CA 95853


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

End of Label Matrix
Mailable recipients    56
Bypassed recipients     1
Total                  57

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 6th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Catherine E. Grieser          JOINT DEBTOR: _____          CASE NO.: 15-16810-PGH

SS#: xxx-xx- 1994                      SS#: xxx-xx- _____

I. **NOTICES**

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

II. **PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT**: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,137.48 _____ for months 1 to 32 ;
2. $9,463.32 _____ for months 33 to ___ ;
3. $6,203.93 _____ for months 34 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE**:  ☐ NONE   ☐ PRO BONO

| Total Fees: | $12150.00 | Total Paid: | $3690.00 | Balance Due: | $8460.00 |
|---|---|---|---|---|---|
| Payable | $92.50 | /month (Months 1 to 32 ) | | | |
| Payable | $3,053.68 | /month (Months 33 to ___ ) | | | |
| Payable | $90.60 | /month (Months 34 to 60 ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3500.00 Attorney Fee; $150.00 Costs; $750.00 Strip; $750.00 Strip; $500.00 Modify; $500.00 Modify; $6500.00 Hourly Fees for Depositions, Meetings, Hearings, and negotiations.
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

III. **TREATMENT OF SECURED CLAIMS**

A. **SECURED CLAIMS**: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Via Lago Condominium Association, Inc.
   Address: c/o Davenport Prof. Prop. Mgmt.
   6620 Lake Worth Rd.,
   Arrearage/ Payoff on Petition Date  $34064.00
   Regular Payment (Maintain)  $458.20 /month (Months 1 to 32 )

Debtor(s): Catherine E. Grieser    Case number: 15-16810-PGH

|  |  |  |  |
|---|---|---|---|
| Ste. F Lake Worth, FL 33467 | Regular Payment (Maintain) | $692.91 | /month (Months 33 to 60 ) |

Last 4 Digits of Account No.: ____B-1____

Other: Amount paid in months 33 to 60 includes an additional $38.00 per month assessment increase.

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay ■ taxes ☐ insurance directly

Address of Collateral:
700 Lake Street, B-1, Boynton Beach, FL

☐ Personal Property/Vehicle
Description of Collateral:

---

2. Creditor: Via Lago Condominium Association, Inc.

Address: /o Davenport Prof. Prop. Mgmt.
6620 Lake Worth Rd.,
Ste. F
Lake Worth, FL 33467

Arrearage/ Payoff on Petition Date    $34064.00
Regular Payment (Maintain)    $458.20   /month (Months 1 to 32 )
Regular Payment (Maintain)    $692.91   /month (Months 33 to 60 )

Last 4 Digits of Account No.: ____C-3____

Other: Amount paid in months 33 to 60 includes an additional $38.00 per month assessment increase.

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay ■ taxes ☐ insurance directly

Address of Collateral:
700 Lake Street, C-3, Boynton Beach, FL

☐ Personal Property/Vehicle
Description of Collateral:

---

3. Creditor: Via Lago Condominium Association

Address: c/o Davenport Prof. Prop. Mgmt.
6620 Lake Worth Rd.,
Ste. F
Lake Worth, FL  33467

Arrearage/ Payoff on Petition Date    $5,000.00
Regular Payment (Maintain)    $178.57   /month (Months 33 to 60 )

Last 4 Digits of Account No.: ____B-1____

Other: The payment is a special assessment levied against each property in the community.

■ Real Property
☐ Principal Residence
■ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay ■ taxes ☐ insurance directly

Address of Collateral:
700 Lake Street, B-1, Boynton Beach, FL

Debtor(s): Catherine E. Grieser   Case number: 15-16810-PGH

☐ Personal Property/Vehicle

Description of Collateral: _____

4. Creditor: Via Lago Condominium Association, Inc.

Address: c/o Davenport Prof. Prop. Mgmt.
6620 Lake Worth Rd., Ste. F
Lake Worth, FL 33467

Arrearage/ Payoff on Petition Date  $5000.00

Regular Payment (Maintain)  $178.57  /month (Months  33  to  60 )

Last 4 Digits of Account No.:  C-3

Other: The payment is a special assessment levied against each property in the community

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☒ The debtor(s) will pay  ☒ taxes  ☐ insurance directly

Address of Collateral:
700 Lake Street, C-3, Boynton Beach, FL

☐ Personal Property/Vehicle

Description of Collateral: _____

## B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

### 1. REAL PROPERTY: ☐ NONE

1. Creditor: Via Lago Condominium Association, Inc.

Address: c/o Davenport Prof. Prop. Mgmt.
6620 Lake Worth Rd., Ste. F
Lake Worth, FL 33461

Last 4 Digits of Account No.:  B-1

Real Property
☐ Principal Residence
☒ Other Real Property

Address of Collateral:
700 Lake Street, B-1, Boynton Beach, FL

Value of Collateral:  $275,000.00
Amount of Creditor's Lien:  $60,000.00

Interest Rate:  5.25%

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
☒ The debtor(s) will pay
   ☒ taxes  ☐ insurance directly

**Payment**

Total paid in plan:  $65,534.00

$433.67  /month (Months  1  to  32 )
$1,844.87  /month (Months  33  to  60 )

Debtor(s): Catherine E. Grieser          Case number: 15-16810-PGH

| 2. Creditor: Via Lago Condominium Association, Inc.<br>Address: c/o Davenport Prof. Prop. Mgmt.<br>6620 Lake Worth Rd., Ste. F<br>Lake Worth, FL 33461<br>Last 4 Digits of Account No.: C-3<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>700 Lake Street, C-3, Boynton Beach, FL | Value of Collateral: $340,000.00<br>Amount of Creditor's Lien: $60,000.00<br>Interest Rate: 5.25%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>■ The debtor(s) will pay<br>■ taxes  ☐ insurance directly | **Payment**<br>Total paid in plan: $65,534.00<br>$433.67 /month (Months 1 to 32)<br>$1,844.87 /month (Months 33 to 60) |
|---|---|---|

  2. **VEHICLES(S):** ■ NONE
  3. **PERSONAL PROPERTY:** ■ NONE
C. **LIEN AVOIDANCE** ■ NONE
D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE
E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☐ NONE
   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Green Tree Servicing<br>332 Minnesota St., Ste. 610<br>St. Paul, MN 55101 | 7287 | 700 Lake Street, C-3, Boynton Beach, FL |
| 2. | Ocwen Loan Servicing<br>12650 Ingenuity Dr.<br>Orlando, FL 32826 | 4560 | 700 Lake Street, C-3, Boynton Beach, FL |
| 3. | Ocwen Loan Servicing<br>12650 Ingenuity Dr.<br>Orlando, FL 32826 | 0500 | 700 Lake Street, B-1, Boynton Beach, FL |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]
   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE
   B. **INTERNAL REVENUE SERVICE:** ■ NONE
   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE
   D. **OTHER:** ■ NONE
V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
   A. Pay $66.92 /month (Months 1 to 32)
      Pay $116.64 /month (Months 33 to 60)
      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
   C. **SEPARATELY CLASSIFIED:** ■ NONE

Debtor(s): Catherine E. Grieser    Case number: 15-16810-PGH

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

In the event Debtor recovers any proceeds from a potential lawsuit, any funds received by Debtor shall be paid to the Chapter 13 Trustee to be distributed as additional payment to unsecured creditors, over and above what is currently being paid through the plan, and which may pay up to 100% allowed, unsecured claims in this cause.

For purposes of the plan only, the Debtor and Via Lago Condominium Association, Inc. agree as follows:

Via Lago Condominium Association, Inc. shall have a secured arrears claim against 700 Lake Street, Unit B-1, Boynton Beach, FL for the sum of $60,000.00; and a secured arrears claim against 700 Lake Street, Unit C-3 Boynton Beach, FL for the sum of $60,000.00 (Both units collectively referred to hereafter as the "Property"). The referenced arrearage shall be paid at an interest rate of 5.25% over the remaining term of the plan. Upon completion of the plan payments and issuance of discharge, Via Lago Condominium Association, Inc., shall satisfy and release any of its pre-petition lien(s), judgments, or claims existing against the "Property". Payment of the agreed arrearage by the debtor shall constitute full and final payment of any and all claims for arrearages, assessments, attorneys fees, liens, judgments, costs or other claims which Via Lago Condominium Association, Inc. has against the Debtor which existed pre-petition and through and including the date this modified plan is confirmed.

At its own expense, Via Lago Condominium Association, Inc., shall, within 30 days of confirmation of the 5th modified plan in this case, arrange for professional inspection of the roof(s) and other common areas of the "Property" to determine what, if any, repairs are necessary to stop and abate water intrusion into the "Property". The roofing contractor to be utilized for this purpose shall be agreed upon by counsel for the Debtor and for Via Lago Condominium Association, Inc., respectively. After the determination of any necessary repairs required, Via Lago Condominium Association, Inc., at its own expense, shall arrange to have the necessary repairs completed forthwith, time being of the essence. Via Lago Condominium Association, Inc. shall have no responsibility for repairs and/or remediation necessary to the interior portions of the "Property" due to damage which currently exists. Debtor waives and releases any and all claims she may have against Via Lago Condominium Association, Inc., its officers, board members, employees or agents for any damages done to the interior of 700 Lake Street, C-3 Boynton Beach, Florida and/or 700 Lake Street, B-1, Boynton Beach, Florida prior to the confirmation of the 5th modified plan in this case. This waiver and release applies solely to damage done to the interior of the "Property" prior to the confirmation of the 5th modified plan in this case. No other rights, remedies, or causes of action by the Debtor against Via Lago Condominium Association, Inc., its officers, board members, employees or agents are covered by the waiver and release referred to above, and same are specifically retained by the Debtor. Simultaneous with, or immediately prior to the roof and common areas inspection described above, the parties shall have an inspection of the interior of the "Property" performed by a professional agreed to by the parties to determine all currently existing damage to the "Property", if any.

Tom Waldron, Sr. made a payment in the amount of $1,500.00 to Via Lago Condominium Association, Inc., prior to confirmation of this modified plan. These funds shall be applied to the account of the Debtor, and may result in the Debtor having a credit balance with the Via Lago Condominium Association, Inc. at the conclusion of this plan.

The Debtor and Via Lago Condominium Association, Inc. have discussed issues relating to the seawall abutting the "Property", and no agreement has been reached to resolve any issues or repairs required, and both parties retain all rights, defenses and claims regarding the seawall issues, and/or damages or responsibilities related to same.

Debtor and Via Lago Condominium Association, Inc. understand and agree that future assessments on the units may change. In the event a change occurs, Via Lago Condominium Association, Inc. shall file a Notice of Payment Change in this case and the Debtor shall either modify the plan to account for the increase, pay the difference directly to Via Lago Condominium Association, Inc., or object to the increase, as is appropriate.

☐ Mortgage Modification Mediation

Debtor(s): Catherine E. Grieser    Case number: 15-16810-PGH

## PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Catherine E. Grieser | | | |

Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 10/3/17)

Page 6 of 6